JOSEPH W. NEEDHAM, Respondent, *v.* THE INTERBOROUGH RAPID TRANSIT CO., Appellant.

(Supreme Court, Appellate Term, November, 1905.)

Carriers — Carriage of passengers — Actions for personal injuries — Stopping with a jerk not enough to establish negligence.

In an action by a passenger for personal injuries, his testimony that, as he walked toward the door, the train came to a "sudden stop" and he was thrown down, does not justify an inference that the defendant, or any of its servants, were negligent, and the complaint should be dismissed.

APPEAL by defendant from a judgment in favor of plaintiff rendered in the Municipal Court of the city of New York, seventh district, borough of Manhattan.

Charles A. Gardiner (F. H. Cunningham and T. L. Waugh, of counsel), for appellant.

Sharon Graham, for respondent.

SCOTT, J. There was no proof of negligence. All that is testified to is by the plaintiff that, as he walked toward the door, the train came to a "sudden stop" and he was thrown down. This is not sufficient to justify the inference that defendant or any of its servants was negligent. The complaint should have been dismissed.

BISCHOFF and FITZGERALD, JJ., concur.

Complaint dismissed.